TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED
2026 JUL -1 PM 3:20
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-03504 TUC-RM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Jose Daniel Ramos-Sanchez, (Counts 1-3, 6-7)
2. Jesus Martin Caro-Sanchez, (Count 1)
3. Ladereka Unique Smith, (Counts 5 and 8)
4. Mikeisha D'Anise Marie Arinwin, (Counts 4 and 9)

Defendants.

No.

**INDICTMENT**

VIOLATIONS:

18 U.S.C. §§ 933(a)(1), (3) & (b)
(Conspiracy to Traffick in Firearms)
Count 1

18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)
Counts 2-3, 6-7

18 U.S.C. §§ 922(a)(6) & 924(a)(2)
(Making a False Statement in Connection with Acquisition or Attempted Acquisition of Firearms)
Counts 4-5,8-9

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

**COUNT 1**

From in or about August 2025 to in or about November 2025, in the District of Arizona, defendants JOSE DANIEL RAMOS SANCHEZ and JESUS MARTIN CARO-SANCHEZ combined, conspired, confederated, and agreed with each other and other persons both known and unknown to the Grand Jury to transport, transfer, cause to be

transported, and otherwise dispose of firearms to other persons, in or otherwise affecting interstate or foreign commerce, specifically the following firearms: (1) a Radical Firearms LLC, model RF-15, semi-automatic rifle, bearing serial number 2-068347, (2) a Spikes Tactical, model ST15, semi-automatic rifle, bearing serial number SRM003853, (3) a Radical Firearms LLC, model RF-15, 5.56 caliber semi-automatic rifle, bearing serial number 24-072526, (4) a Sarsilmaz, SAR 9, 9mm semi-automatic pistol, bearing serial number T1102-22BV51806, (5) a Radical Firearms LLC, model RF-15, semi-automatic rifle, bearing serial number 2-034634, (6) an American Tactical Imports, Mil-Sport, semi-automatic rifle, bearing serial number MSA088612, (7) a DPMS, A-15, 5.56 caliber semi-automatic rifle, bearing serial number DNWC003663, and (8) a Century Arms, model VSKA, 7.62x39mm caliber semi-automatic rifle, bearing serial number SV7161251, knowing or having reasonable cause to believe that the possession of these firearms by the recipients would constitute a felony, to wit: Attempted Smuggling of Goods from the United States in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Sections 933(a)(1), (3) and (b).

**COUNT 2**

On or about August 20, 2025, in the District of Arizona, the defendant JOSE DANIEL RAMOS-SANCHEZ, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: (1) a Radical Firearms LLC, model RF-15, semi-automatic rifle, bearing serial number 2-068347, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 3**

On or about August 22, 2025, in the District of Arizona, the defendant JOSE DANIEL RAMOS-SANCHEZ, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: (1) a Spikes Tactical, model ST15, semi-automatic rifle, bearing serial number

SRM003853, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 4**

On August 22, 2025, in the District of Arizona, the Defendant MIKEISHA D'ANISE MARIE ARINWIN, in connection with the attempted acquisition of a firearm, to wit: a Canik/Century Arms, TP9 Elite SC, 9mm semi-automatic pistol, bearing serial number 25CB05214, knowingly made false statements and representations to Bass Pro Shops Outdoor World 415, in Glendale, Arizona, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said business, in that the defendant, in connection with the purchase of the firearm, stated in writing that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she was knowingly attempting to acquire it on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 5**

On August 22, 2025, in the District of Arizona, the Defendant LADEREKA UNIQUE SMITH, in connection with the attempted acquisition of a firearm, to wit: a black Rain Ordnance, Spec 15, 5.56 NATO caliber semi-automatic rifle, bearing serial number SF005069, knowingly made false statements and representations to Bass Pro Shops Outdoor World 415, in Glendale, Arizona, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said business, in that the defendant, in connection with the purchase of the firearm, stated in writing that she was

the actual transferee/buyer of the firearms, whereas in truth and fact, she was knowingly attempting to acquire it on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 6**

On or about September 3, 2025, in the District of Arizona, the defendant JOSE DANIEL RAMOS-SANCHEZ, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that are: (1) a Radical Firearms LLC, model RF-15, 5.56 caliber semi-automatic rifle, bearing serial number 24-072526, and (2) a Sarsilmaz, SAR 9, 9mm semi-automatic pistol, bearing serial number T1102-22BV51806, said firearms having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 7**

On or about October 7, 2025, in the District of Arizona, the defendant JOSE DANIEL RAMOS-SANCHEZ, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that are: (1) a Radical Firearms LLC, model RF-15, semi-automatic rifle, bearing serial number 2-034634, (2) an American Tactical Imports, Mil-Sport, semi-automatic rifle, bearing serial number MSA088612, (3) a DPMS, A-15, 5.56 caliber semi-automatic rifle, bearing serial number DNWC003663, and (4) a Century Arms, model VSKA, 7.62x39mm caliber semi-automatic rifle, bearing serial number SV7161251, said firearms having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 8**

On or about October 7, 2025, in the District of Arizona, the Defendant LADEREKA UNIQUE SMITH, in connection with the acquisition of firearm, to wit: a Century Arms, model VSKA, 7.62x39mm caliber semi-automatic rifle, bearing serial number SV7161251, knowingly made false statements and representations to Alpha Dog

Firearms Store, in Tempe, Arizona, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said business, in that the defendant, in connection with the purchase of the firearm, stated in writing that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she was knowingly acquiring it on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 9**

On or about October 7, 2025, in the District of Arizona, the Defendant MIKEISHA D'ANISE MARIE ARINWIN, in connection with the attempted acquisition of a firearm, to wit: a Century Arms, model VSKA Tactical, 7.62x39mm caliber semi-automatic rifle, bearing serial number SV7161445, knowingly made false statements and representations to Alpha Dog Firearms Store, in Tempe, Arizona, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said business, in that the defendant, in connection with the purchase of the firearm, stated in writing that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she was knowingly attempting to acquire it on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of Counts 1-3 and 6-7 of the Indictment, the defendants, JOSE DANIEL RAMOS-SANCHEZ and JESUS MARTIN CARO-SANCHEZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28,

United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| No. | Firearms |
|---|---|
| 1 | a Radical Firearms LLC, model RF-15, semi-automatic rifle, bearing serial number 2-068347 |
| 2 | a Spikes Tactical, model ST15, semi-automatic rifle, bearing serial number SRM003853 |
| 3 | a Radical Firearms LLC, model RF-15, 5.56 caliber semi-automatic rifle, bearing serial number 24-072526 |
| 4 | a Sarsilmaz, SAR 9, 9mm semi-automatic pistol, bearing serial number T1102-22BV51806 |
| 5 | a Radical Firearms LLC, model RF-15, semi-automatic rifle, bearing serial number 2-034634 |
| 6 | an American Tactical Imports, Mil-Sport, semi-automatic rifle, bearing serial number MSA088612 |
| 7 | a DPMS, A-15, 5.56 caliber semi-automatic rifle, bearing serial number DNWC003663 |
| 8 | a Century Arms, model VSKA, 7.62x39mm caliber semi-automatic rifle, bearing serial number SV7161251 |

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

/ / /

/ / /

/ / /

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 1, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
DAVID P. PETERMANN
Assistant U.S. Attorney